# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, Individually and on Behalf of All Others Similarly Situated,<br><br>          *Plaintiff*,<br>     vs.<br><br>FLUOR CORPORATION, DAVID T. SEATON, CARLOS M. HERNANDEZ, BRUCE A. STANSKI, D. MICHAEL STEUERT, and ROBIN K. CHOPRA,<br><br>          *Defendants*. | Civil Action No. 3:20-cv-00518-B |

## DEFENDANT FLUOR CORPORATION'S NOTICE OF RELATED CASE

Pursuant to N.D. Tex. L.R. 3.3, Defendant Fluor Corporation hereby provides notice of a related case, as defined by L.R. 3.3(2)(3). The related case, filed May 25, 2018, is styled *Kin-Yip Chun v. Fluor Corp., et al.*, Civil Action No. 3:18-cv-01338-X, Hon. Brantley Starr presiding ("Related Case"). Both cases purport to bring the same claims on behalf of investors who purchased the common stock of Fluor Corporation. The claims in the Related Case are brought against all of the defendants named in this action, cover the entire time period at issue in this action, and arise from a common nucleus of operative facts. Plaintiffs in the Related Action have filed a motion to consolidate this action into the Related Case.

1

DATED:  April 7, 2020	Respectfully submitted,


			*/s/ Mike Raiff*	
			Robert C. Walters
			  Texas Bar No. 20820300
			Michael L. Raiff
			  Texas Bar No. 00784803
			GIBSON, DUNN & CRUTCHER LLP
			2001 Ross Ave., Suite 2200
			Dallas, TX 75201
			Telephone: 214.698.3350
			Facsimile: 214.571.2927
			RWalters@gibsondunn.com
			MRaiff@gibsondunn.com

			COUNSEL FOR FLUOR CORPORATION

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of April, 2020, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

                                            /s/ *Mike Raiff*
                                            Michael L. Raiff