UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNION ASSET MANAGEMENT          §
HOLDING AG,                     §
                                §
        *Plaintiff,*            §     Civil Action No. 3:20-CV-00518-X
                                §
v.                              §
                                §
FLUOR CORPORATION, et. al.,     §
                                §
        *Defendants.*           §

## ORDER

On April 15, 2020, defendants Fluor Corporation, David T. Seaton, Carlos M. Hernandez, Bruce A. Stanski, D. Michael Steuert, and Robin K. Chopra (collectively "defendants") filed a motion requesting this Court to order that defendants do not need to respond to the complaint currently on file until the pending motion to consolidate in *Kin-Yip Chun v. Fluor Corp., et al.*, Civil Action No. 3:18-cv-01338-X, is resolved [Doc. No. 18]. The defendants further request that this Court order the parties to meet and confer after the aforementioned motion to consolidate is resolved. Plaintiff Union Asset Management Holding AG agrees with the relief sought in this motion.

Upon consideration, the Court hereby **STAYS** all deadlines in this case pending resolution of the motion to consolidate in *Kin-Yip Chun v. Fluor Corp., et al.*, Civil Action No. 3:18-cv-01338-X. This order disposes of the pending agreed motion regarding defendants' response to plaintiff's original complaint.

1

**IT IS SO ORDERED** this 17th day of April, 2020.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE