# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, Individually and On Behalf All others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION, DAVID T. SEATON, CARLOS M. HERNANDEZ, BRUCE A. STANSKI, D. MICHAEL STEUERT, and ROBIN K. CHOPRA,<br><br>Defendants. | Case No. 3:20-cv-00518-X<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING UNION ASSET MANAGEMENT HOLDING AG AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF COUNSEL**

Upon consideration of: (i) the Motion of Union Asset Management Holding AG ("Union") for appointment as Lead Plaintiff and approval of its selection of Counsel; (ii) the brief in support thereof; (iii) the accompanying Appendix of Exhibits; and (iv) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Union's Motion is **GRANTED**.

2. Union is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3. Union's selection of Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class, and McKool Smith PC is **APPOINTED** as Liaison Counsel for the Class.

4. This action shall be captioned "*In re Fluor Corporation Securities Litigation*" and the file shall be maintained under Master File No. 3:20-cv-00518-X.

**IT IS SO ORDERED**.

Dated: _____ ___, 2020

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE