UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, Individually and On Behalf All others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FLUOR CORPORATION, DAVID T. SEATON, CARLOS M. HERNANDEZ, BRUCE A. STANSKI, D. MICHAEL STEUERT, and ROBIN K. CHOPRA,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-00518-X<br><br>CLASS ACTION |

**APPENDIX OF EXHIBITS IN SUPPORT OF THE MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

| Exhibit | Description | Appendix Pages |
|---------|-------------|----------------|
| A | Declaration of Lewis T. LeClair in Support of the Motion of Union Asset Management Holding AG for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel. | App-01 – App-03 |
| B | Union Asset Management Holding AG's ("Union") declarations of assignment. | App-04 – App-10 |
| C | Union's sworn Certification. | App-11 – App-17 |
| D | Charts of Union's transactions and losses. | App-18 – App-23 |
| E | Notice of pendency of *Union Asset Management Holding AG v. Fluor Corp.*, No. 3:20-cv-518 (N.D. Tex.), published on February 28, 2020 via *PR Newswire*. | App-24 – App-27 |
| F | Firm Résumé of Bernstein Litowitz Berger & Grossmann LLP. | App-28 – App-88 |

DATED: April 28, 2020

Respectfully submitted,

**MCKOOL SMITH PC**

*/s/ Lewis T. LeClair*
Lewis T. LeClair
Texas Bar No. 12072500
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4000
Fax: (214) 978-4044
lleclair@mckoolsmith.com

*Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Gerald H. Silk
Mark Lebovitch
Avi Josefson
1251 Avenue of the Americas

              New York, New York 10020
              Tel: (212) 554-1400
              Fax: (212) 554-1444
              jerry@blbglaw.com
              markl@blbglaw.com
              avi@blbglaw.com

              *Counsel for Proposed Lead Plaintiff Union*
              *Asset Management Holding AG and Proposed*
              *Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I certify that on April 28, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Lewis T. LeClair*
Lewis T. LeClair
