App-01

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, Individually and On Behalf All others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION, DAVID T. SEATON, CARLOS M. HERNANDEZ, BRUCE A. STANSKI, D. MICHAEL STEUERT, and ROBIN K. CHOPRA,<br><br>Defendants. | Case No. 3:20-cv-00518-X<br><br>CLASS ACTION |

**DECLARATION OF LEWIS T. LECLAIR IN SUPPORT OF THE MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

I, Lewis T. LeClair, declare as follows:

1. I am a member in good standing of the bars of the State of Texas and of this Court and am a shareholder in the law firm of McKool Smith PC ("McKool Smith"). I submit this declaration in support of the Motion filed by Union Asset Management Holding AG ("Union") for an order: (i) appointing Union as Lead Plaintiff; (ii) approving its selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class and McKool Smith as Liaison Counsel for the Class; and (iii) granting any further relief that the Court may deem just and proper.

2. Attached as Exhibits B through F are true and correct copies of the following documents:

| | | |
|---|---|---|
| EXHIBIT B: | | Union's declarations of assignment; |
| EXHIBIT C: | | Union's sworn Certification; |
| EXHIBIT D: | | Charts of Union's transactions and losses; |
| EXHIBIT E: | | Notice of pendency of *Union Asset Management Holding AG v. Fluor Corp.*, No. 3:20-cv-518 (N.D. Tex.), published on February 28, 2020 via *PR Newswire*; and |
| EXHIBIT F: | | Firm Résumé of Bernstein Litowitz. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of April, 2020.

                                                          */s/ Lewis T. LeClair*
                                                          Lewis T. LeClair
                                                          Texas Bar No. 12072500