# EXHIBIT B

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT LUXEMBOURG S.A.
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Maria Löwenbrück and Dr. Joachim von Cornberg, hereby declare as follows:

1.  We are Managing Directors of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under Luxembourg law by UIL.

3.  On behalf of the UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action against Fluor Corporation ("Fluor") and its senior executives, including by filing a complaint and moving for appointment of Union as lead plaintiff on behalf of the Funds in that action on or around 27 April 2020; (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Fluor. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIL.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February , 2020 in Luxembourg, Luxembourg.

For Union Investment Luxembourg S.A. (Assignor):

_____          _____
Maria Löwenbrück                    Dr. Joachim von Cornberg
Managing Director                   Managing Director


For Union Asset Management Holding AG (Assignee):

_____          _____
Dr. Carsten Fischer                 Marcus Hermanns
General Counsel                     Assistant General Counsel

## Schedule A

UniDynamicFonds: Global
UniRak Nachhaltig
UniSector: BasicIndustries
UniRak Nachhaltig Konservativ

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT INSTITUTIONAL GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, André Haagmann and Klaus Bollmann, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under German law by UIN.

3. On behalf of the UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action against Fluor Corporation ("Fluor") and its senior executives, including by filing a complaint and moving for appointment of Union as lead plaintiff on behalf of the Funds in that action on or around 27 April 2020; (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Fluor. Further, UIN hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIN.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _28th_ day of _February_, 2020 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

_____          _____
André Haagmann                            Klaus Bollmann
Managing Director                         Managing Director


For Union Asset Management Holding AG (Assignee):

_____          _____
Dr. Carsten Fischer                       Marcus Hermanns
General Counsel                           Assitant General Counsel

## Schedule A

UIN-Fonds Nr. 759
UIN-Fonds Nr. 727
UIN-Fonds Nr. 760
Demografiefonds
SV-Union-Fonds

### DECLARATION OF ASSIGNMENT BY
### UNION INVESTMENT PRIVATFONDS GMBH
### TO UNION ASSET MANAGEMENT HOLDING AG

We, Dr. Frank Engels and Giovanni Gay, hereby declare as follows:

1.  We are Managing Directors of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under German law by UIP.

3.  On behalf of the UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action against Fluor Corporation ("Fluor") and its senior executives, including by filing a complaint and moving for appointment of Union as lead plaintiff on behalf of the Funds in that action on or around 27 April 2020; (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Fluor. Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIP.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2020 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

_____          _____
Dr. Frank Engels                                          Giovanni Gay
Managing Director                                        Managing Director


For Union Asset Management Holding AG (Assignee):

_____          _____
Dr. Carsten Fischer                                      Marcus Hermanns
General Counsel                                          Assistant General Counsel

## Schedule A

UniFavorit: Aktien
UniNachhaltig Aktien Global
UniNordamerika
Uni21.Jahrhundert -net-
UniProInvest: Chance
MVB TrendStrategie: Value
UniInstitutional Stiftungsfonds Nachhaltig
UniInstitutional Kommunalfonds Nachhaltig