# EXHIBIT C

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

The undersigned, Dr. Carsten Fischer and Jochen Riechwald, on behalf of Union Asset Management Holding AG ("Union"), on account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed the complaint in this matter and authorize its filing.

2. We are duly authorized to institute legal action on behalf of Union and the Funds, including litigation against Fluor Corporation and any other defendants.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Union is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Union fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the Fluor Corporation securities that are the subject of this action are set forth in the chart attached hereto.

6. Union was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification

*In re Equifax Inc. Securities Litig.*, No. 17-cv-3463 (N.D. Ga.)
*Rubenstahl v. Philip Morris International Inc.*, No. 17-cv-13504 (D.N.J.)
*City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, No. 18-cv-4844 (N.D. Cal.)
*In re Philip Morris International Inc. Securities Litig.*, No. 18-cv-8049 (S.D.N.Y.)
*In re Kraft Heinz Securities Litigation*, No. 19-cv-1339 (N.D. Ill.)

App-13

7. Union will not accept any payment for serving as a representative party on behalf of the Class beyond Union's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 18th day of February, 2020.

For Union Asset Management Holdings AG:

_____  
Dr. Carsten Fischer  
General Counsel

_____  
Jochen Riechwald  
Assistant General Counsel

## Union Asset Management Holding AG
## Transactions in Fluor Corp.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniFavorit: Aktien | Purchase | 1/22/2018 | 151,733 | 61.2118 |
| UniFavorit: Aktien | Purchase | 1/23/2018 | 384,191 | 61.5069 |
| UniFavorit: Aktien | Purchase | 1/24/2018 | 197,363 | 61.3764 |
| UniFavorit: Aktien | Purchase | 1/25/2018 | 120,690 | 61.2370 |
| UniFavorit: Aktien | Purchase | 1/26/2018 | 97,995 | 61.2834 |
| UniFavorit: Aktien | Purchase | 8/3/2018 | 51,500 | 55.2835 |
| UniFavorit: Aktien | Purchase | 8/14/2018 | 88,781 | 56.2765 |
| UniFavorit: Aktien | Purchase | 8/15/2018 | 64,300 | 55.2260 |
| UniFavorit: Aktien | Purchase | 10/26/2018 | 240,362 | 43.8869 |
| UniFavorit: Aktien | Purchase | 10/29/2018 | 91,444 | 43.8134 |
| UniFavorit: Aktien | Purchase | 4/2/2019 | 78,073 | 38.3946 |
| UniFavorit: Aktien | Purchase | 4/3/2019 | 100,000 | 38.9470 |
| UniFavorit: Aktien | Purchase | 4/4/2019 | 5,316 | 39.4655 |
| UniFavorit: Aktien | Purchase | 4/5/2019 | 100,000 | 40.4228 |
| UniFavorit: Aktien | Purchase | 4/8/2019 | 90,000 | 40.1687 |
| UniFavorit: Aktien | Sale | 5/2/2019 | (200,000) | 30.4190 |
| UniFavorit: Aktien | Sale | 5/3/2019 | (261,748) | 29.1449 |
| UniFavorit: Aktien | Sale | 8/6/2019 | (530,215) | 22.9440 |
| UniFavorit: Aktien | Sale | 8/6/2019 | (14,171) | 24.3053 |
| UniFavorit: Aktien | Sale | 8/7/2019 | (303,049) | 21.3473 |
| UniFavorit: Aktien | Sale | 8/8/2019 | (81,123) | 20.4681 |
| UniFavorit: Aktien | Sale | 8/8/2019 | (136,625) | 20.7903 |
| UniFavorit: Aktien | Sale | 8/9/2019 | (334,817) | 20.0614 |
| UniNachhaltig Aktien Global | Purchase | 1/22/2018 | 4,144 | 61.2118 |
| UniNachhaltig Aktien Global | Purchase | 1/23/2018 | 10,493 | 61.5069 |
| UniNachhaltig Aktien Global | Purchase | 1/24/2018 | 5,390 | 61.3764 |
| UniNachhaltig Aktien Global | Purchase | 1/25/2018 | 3,296 | 61.2370 |
| UniNachhaltig Aktien Global | Purchase | 1/26/2018 | 2,677 | 61.2834 |
| UniNachhaltig Aktien Global | Purchase | 6/18/2018 | 11,859 | 49.6231 |
| UniNachhaltig Aktien Global | Purchase | 8/6/2018 | 33,671 | 56.3936 |
| UniNachhaltig Aktien Global | Purchase | 8/27/2018 | 2,962 | 58.4007 |
| UniNachhaltig Aktien Global | Purchase | 9/19/2018 | 3,848 | 58.5802 |
| UniNachhaltig Aktien Global | Purchase | 10/2/2018 | 26,526 | 60.2500 |
| UniNachhaltig Aktien Global | Purchase | 11/20/2018 | 3,043 | 42.2573 |
| UniNachhaltig Aktien Global | Purchase | 12/11/2018 | 2,915 | 36.4054 |
| UniNachhaltig Aktien Global | Purchase | 1/17/2019 | 2,947 | 36.4887 |

**Union Asset Management Holding AG**
**Transactions in Fluor Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniNachhaltig Aktien Global | Sale | 10/4/2018 | (9,524) | 59.4207 |
| UniNachhaltig Aktien Global | Sale | 11/13/2018 | (41,180) | 44.6907 |
| UniNachhaltig Aktien Global | Sale | 2/8/2019 | (63,067) | 33.7026 |
| UniNordamerika | Purchase | 8/23/2018 | 46,300 | 57.4820 |
| UniNordamerika | Sale | 9/25/2018 | (3,880) | 58.6251 |
| UniNordamerika | Sale | 10/5/2018 | (2,606) | 58.9222 |
| UniNordamerika | Sale | 5/21/2019 | (39,814) | 29.8783 |
| Uni21.Jahrhundert -net- | Purchase | 3/15/2018 | 45,000 | 57.3501 |
| Uni21.Jahrhundert -net- | Purchase | 8/21/2018 | 50,000 | 57.5528 |
| Uni21.Jahrhundert -net- | Sale | 5/7/2018 | (45,000) | 44.1856 |
| Uni21.Jahrhundert -net- | Sale | 10/11/2018 | (50,000) | 48.5119 |
| UniDynamicFonds: Global | Purchase | 1/22/2018 | 5,838 | 61.2118 |
| UniDynamicFonds: Global | Purchase | 1/23/2018 | 14,783 | 61.5069 |
| UniDynamicFonds: Global | Purchase | 1/24/2018 | 7,594 | 61.3764 |
| UniDynamicFonds: Global | Purchase | 1/25/2018 | 4,644 | 61.2370 |
| UniDynamicFonds: Global | Purchase | 1/26/2018 | 3,770 | 61.2834 |
| UniDynamicFonds: Global | Purchase | 4/23/2018 | 19,700 | 59.2044 |
| UniDynamicFonds: Global | Sale | 5/7/2018 | (28,000) | 44.2943 |
| UniDynamicFonds: Global | Sale | 5/18/2018 | (28,329) | 49.4911 |
| UIN-Fonds Nr. 759 | Purchase | 1/24/2018 | 12,860 | 61.6607 |
| UIN-Fonds Nr. 759 | Purchase | 10/19/2018 | 1,910 | 46.8500 |
| UIN-Fonds Nr. 759 | Purchase | 11/30/2018 | 5,190 | 41.0956 |
| UIN-Fonds Nr. 759 | Sale | 2/22/2019 | (3,825) | 37.9155 |
| UIN-Fonds Nr. 759 | Sale | 8/27/2019 | (16,135) | 17.3308 |
| UniRak Nachhaltig | Purchase | 3/5/2018 | 36,533 | 57.1334 |
| UniRak Nachhaltig | Purchase | 3/6/2018 | 23,467 | 57.3612 |
| UniRak Nachhaltig | Sale | 10/11/2018 | (60,000) | 46.9912 |

App-15

**Union Asset Management Holding AG**
**Transactions in Fluor Corp.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniSector: BasicIndustries | Purchase | 3/8/2018 | 17,365 | 57.5825 |
| UniSector: BasicIndustries | Purchase | 3/8/2018 | 635 | 57.2617 |
| UniSector: BasicIndustries | Purchase | 8/9/2018 | 5,000 | 56.2721 |
| UniSector: BasicIndustries | Sale | 12/13/2018 | (23,000) | 34.0567 |
| UniRak Nachhaltig Konservativ | Purchase | 3/5/2018 | 18,267 | 57.1334 |
| UniRak Nachhaltig Konservativ | Purchase | 3/6/2018 | 11,733 | 57.3612 |
| UniRak Nachhaltig Konservativ | Sale | 10/11/2018 | (30,000) | 46.9912 |
| UIN-Fonds Nr. 727 | Purchase | 1/24/2018 | 5,020 | 61.6607 |
| UIN-Fonds Nr. 727 | Purchase | 11/30/2018 | 2,150 | 41.0956 |
| UIN-Fonds Nr. 727 | Sale | 2/20/2019 | (2,482) | 37.2200 |
| UIN-Fonds Nr. 727 | Sale | 8/27/2019 | (4,688) | 17.3308 |
| UniProInvest: Chance | Purchase | 1/22/2018 | 4,351 | 60.5273 |
| UniProInvest: Chance | Purchase | 1/26/2018 | 814 | 61.2700 |
| UniProInvest: Chance | Purchase | 3/27/2018 | 1,439 | 56.3912 |
| UniProInvest: Chance | Purchase | 4/27/2018 | 733 | 59.4700 |
| UniProInvest: Chance | Purchase | 7/2/2018 | 1,429 | 48.3121 |
| UniProInvest: Chance | Purchase | 10/2/2018 | 1,908 | 59.1900 |
| UniProInvest: Chance | Sale | 10/11/2018 | (10,674) | 48.5119 |
| UIN-Fonds Nr. 760 | Purchase | 3/19/2018 | 2,501 | 57.2264 |
| UIN-Fonds Nr. 760 | Sale | 9/23/2019 | (2,501) | 20.9929 |
| Demografiefonds | Purchase | 1/24/2018 | 2,380 | 61.6607 |
| Demografiefonds | Sale | 4/4/2019 | (865) | 38.8800 |
| Demografiefonds | Sale | 8/14/2019 | (1,515) | 18.7983 |
| SV-Union-Fonds | Purchase | 7/5/2019 | 4,350 | 32.0700 |
| SV-Union-Fonds | Sale | 9/25/2019 | (4,350) | 20.1887 |

App-16

## Union Asset Management Holding AG
### Transactions in Fluor Corp.

| Fund | Transaction | Date | Shares | Price |
| --- | --- | --- | --- | --- |
| MVB TrendStrategie: Value | Purchase | 2/8/2018 | 1,600 | 56.1800 |
| MVB TrendStrategie: Value | Sale | 3/11/2019 | (1,600) | 36.8566 |
| UniInstitutional Stiftungsfonds Nachhaltig | Purchase | 2/7/2019 | 350 | 36.0000 |
| UniInstitutional Stiftungsfonds Nachhaltig | Sale | 7/8/2019 | (350) | 32.1629 |
| UniInstitutional Kommunalfonds Nachhaltig | Purchase | 2/6/2019 | 320 | 35.8931 |
| UniInstitutional Kommunalfonds Nachhaltig | Sale | 2/15/2019 | (320) | 35.6500 |

App-17