# EXHIBIT D

**Union Asset Management Holding AG**
**FIFO/LIFO Loss in Fluor Corp. (NYSE: FLR)**
Class Period: 11/02/17 - 02/14/20
Cusip: 343412102

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniFavorit: Aktien** | | | | | | | | | |
| Purchase | 1/22/2018 | 151,733 | 61.2118 | $9,287,850.05 | | | | | |
| Purchase | 1/23/2018 | 384,191 | 61.5069 | $23,630,397.42 | | | | | |
| Purchase | 1/24/2018 | 197,363 | 61.3764 | $12,113,430.43 | | | | | |
| Purchase | 1/25/2018 | 120,690 | 61.2370 | $7,390,693.53 | | | | | |
| Purchase | 1/26/2018 | 97,995 | 61.2834 | $6,005,466.78 | | | | | |
| Purchase | 8/3/2018 | 51,500 | 55.2835 | $2,847,100.25 | | | | | |
| Purchase | 8/14/2018 | 88,781 | 56.2765 | $4,996,283.95 | | | | | |
| Purchase | 8/15/2018 | 64,300 | 55.2260 | $3,551,031.80 | Sale | 5/2/2019 | (200,000) | 30.4190 | ($6,083,800.00) |
| Purchase | 10/26/2018 | 240,362 | 43.8869 | $10,548,743.06 | Sale | 5/3/2019 | (261,748) | 29.1449 | ($7,628,619.29) |
| Purchase | 10/29/2018 | 91,444 | 43.8134 | $4,006,472.55 | Sale | 8/6/2019 | (530,215) | 22.9440 | ($12,165,252.96) |
| Purchase | 4/2/2019 | 78,073 | 38.3946 | $2,997,581.61 | Sale | 8/6/2019 | (14,171) | 24.3053 | ($344,430.41) |
| Purchase | 4/3/2019 | 100,000 | 38.9470 | $3,894,700.00 | Sale | 8/7/2019 | (303,049) | 21.3473 | ($6,469,277.92) |
| Purchase | 4/4/2019 | 5,316 | 39.4655 | $209,798.60 | Sale | 8/8/2019 | (81,123) | 20.4681 | ($1,660,433.68) |
| Purchase | 4/5/2019 | 100,000 | 40.4228 | $4,042,280.00 | Sale | 8/8/2019 | (136,625) | 20.7903 | ($2,840,474.74) |
| Purchase | 4/8/2019 | 90,000 | 40.1687 | $3,615,183.00 | Sale | 8/9/2019 | (334,817) | 20.0614 | ($6,716,897.76) |
| | | 1,861,748 | | $99,137,013.02 | | | (1,861,748) | | ($43,909,186.75) |
| | | | | | | | | **UniFavorit: Aktien Loss** | **($55,227,826.27)** |
| **UniNachhaltig Aktien Global** | | | | | | | | | |
| Purchase | 1/22/2018 | 4,144 | 61.2118 | $253,661.70 | | | | | |
| Purchase | 1/23/2018 | 10,493 | 61.5069 | $645,391.90 | | | | | |
| Purchase | 1/24/2018 | 5,390 | 61.3764 | $330,818.80 | | | | | |
| Purchase | 1/25/2018 | 3,296 | 61.2370 | $201,837.15 | | | | | |
| Purchase | 1/26/2018 | 2,677 | 61.2834 | $164,055.66 | | | | | |
| Purchase | 6/18/2018 | 11,859 | 49.6231 | $588,480.34 | | | | | |
| Purchase | 8/6/2018 | 33,671 | 56.3936 | $1,898,828.91 | | | | | |
| Purchase | 8/27/2018 | 2,962 | 58.4007 | $172,982.87 | | | | | |
| Purchase | 9/19/2018 | 3,848 | 58.5802 | $225,416.61 | | | | | |
| Purchase | 10/2/2018 | 26,526 | 60.2500 | $1,598,191.50 | | | | | |
| Purchase | 11/20/2018 | 3,043 | 42.2573 | $128,588.96 | Sale | 10/4/2018 | (9,524) | 59.4207 | ($565,922.75) |
| Purchase | 12/11/2018 | 2,915 | 36.4054 | $106,121.74 | Sale | 11/13/2018 | (41,180) | 44.6907 | ($1,840,363.03) |
| Purchase | 1/17/2019 | 2,947 | 36.4887 | $107,532.20 | Sale | 2/8/2019 | (63,067) | 33.7026 | ($2,125,521.87) |
| | | 113,771 | | $6,421,908.35 | | | (113,771) | | ($4,531,807.65) |
| | | | | | | | | **UniNachhaltig Aktien Global Loss** | **($1,890,100.70)** |

**Union Asset Management Holding AG**
**FIFO/LIFO Loss in Fluor Corp. (NYSE: FLR)**
Class Period: 11/02/17 - 02/14/20
Cusip: 343412102

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniNordamerika** | | | | | | | | | |
| | | | | | Sale | 9/25/2018 | (3,880) | 58.6251 | ($227,465.39) |
| | | | | | Sale | 10/5/2018 | (2,606) | 58.9222 | ($153,551.25) |
| Purchase | 8/23/2018 | 46,300 | 57.4820 | $2,661,416.60 | Sale | 5/21/2019 | (39,814) | 29.8783 | ($1,189,574.64) |
| | | 46,300 | | $2,661,416.60 | | | (46,300) | | ($1,570,591.28) |
| | | | | | | **UniNordamerika Loss** | | | **($1,090,825.32)** |
| **Uni21.Jahrhundert -net-** | | | | | | | | | |
| Purchase | 3/15/2018 | 45,000 | 57.3501 | $2,580,754.50 | Sale | 5/7/2018 | (45,000) | 44.1856 | ($1,988,352.00) |
| Purchase | 8/21/2018 | 50,000 | 57.5528 | $2,877,640.00 | Sale | 10/11/2018 | (50,000) | 48.5119 | ($2,425,595.00) |
| | | 95,000 | | $5,458,394.50 | | | (95,000) | | ($4,413,947.00) |
| | | | | | | **Uni21.Jahrhundert -net- Loss** | | | **($1,044,447.50)** |
| **UniDynamicFonds: Global** | | | | | | | | | |
| Purchase | 1/22/2018 | 5,838 | 61.2118 | $357,354.49 | | | | | |
| Purchase | 1/23/2018 | 14,783 | 61.5069 | $909,256.50 | | | | | |
| Purchase | 1/24/2018 | 7,594 | 61.3764 | $466,092.38 | | | | | |
| Purchase | 1/25/2018 | 4,644 | 61.2370 | $284,384.63 | | | | | |
| Purchase | 1/26/2018 | 3,770 | 61.2834 | $231,038.42 | Sale | 5/7/2018 | (28,000) | 44.2943 | ($1,240,240.40) |
| Purchase | 4/23/2018 | 19,700 | 59.2044 | $1,166,326.68 | Sale | 5/18/2018 | (28,329) | 49.4911 | ($1,402,033.37) |
| | | 56,329 | | $3,414,453.10 | | | (56,329) | | ($2,642,273.77) |
| | | | | | | **UniDynamicFonds: Global Loss** | | | **($772,179.33)** |
| **UIN-Fonds Nr. 759** | | | | | | | | | |
| Purchase | 1/24/2018 | 12,860 | 61.6607 | $792,956.60 | | | | | |
| Purchase | 10/19/2018 | 1,910 | 46.8500 | $89,483.50 | Sale | 2/22/2019 | (3,825) | 37.9155 | ($145,026.79) |
| Purchase | 11/30/2018 | 5,190 | 41.0956 | $213,286.16 | Sale | 8/27/2019 | (16,135) | 17.3308 | ($279,632.46) |
| | | 19,960 | | $1,095,726.27 | | | (19,960) | | ($424,659.25) |
| | | | | | | **UIN-Fonds Nr. 759 Loss** | | | **($671,067.02)** |

**Union Asset Management Holding AG**
**FIFO/LIFO Loss in Fluor Corp. (NYSE: FLR)**
Class Period: 11/02/17 - 02/14/20
Cusip: 343412102

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak Nachhaltig** | | | | | | | | | |
| Purchase | 3/5/2018 | 36,533 | 57.1334 | $2,087,254.50 | | | | | |
| Purchase | 3/6/2018 | 23,467 | 57.3612 | $1,346,095.28 | Sale | 10/11/2018 | (60,000) | 46.9912 | ($2,819,472.00) |
| | | 60,000 | | $3,433,349.78 | | | (60,000) | | ($2,819,472.00) |
| | | | | | | | **UniRak Nachhaltig Loss** | | **($613,877.78)** |
| **UniSector: BasicIndustries** | | | | | | | | | |
| Purchase | 3/8/2018 | 17,365 | 57.5825 | $999,920.11 | | | | | |
| Purchase | 3/8/2018 | 635 | 57.2617 | $36,361.18 | | | | | |
| Purchase | 8/9/2018 | 5,000 | 56.2721 | $281,360.50 | Sale | 12/13/2018 | (23,000) | 34.0567 | ($783,304.10) |
| | | 23,000 | | $1,317,641.79 | | | (23,000) | | ($783,304.10) |
| | | | | | | | **UniSector: BasicIndustries Loss** | | **($534,337.69)** |
| **UniRak Nachhaltig Konservativ** | | | | | | | | | |
| Purchase | 3/5/2018 | 18,267 | 57.1334 | $1,043,655.82 | | | | | |
| Purchase | 3/6/2018 | 11,733 | 57.3612 | $673,018.96 | Sale | 10/11/2018 | (30,000) | 46.9912 | ($1,409,736.00) |
| | | 30,000 | | $1,716,674.78 | | | (30,000) | | ($1,409,736.00) |
| | | | | | | | **UniRak Nachhaltig Konservativ Loss** | | **($306,938.78)** |
| **UIN-Fonds Nr. 727** | | | | | | | | | |
| Purchase | 1/24/2018 | 5,020 | 61.6607 | $309,536.71 | Sale | 2/20/2019 | (2,482) | 37.2200 | ($92,380.04) |
| Purchase | 11/30/2018 | 2,150 | 41.0956 | $88,355.54 | Sale | 8/27/2019 | (4,688) | 17.3308 | ($81,246.79) |
| | | 7,170 | | $397,892.25 | | | (7,170) | | ($173,626.83) |
| | | | | | | | **UIN-Fonds Nr. 727 Loss** | | **($224,265.42)** |

**Union Asset Management Holding AG**
**FIFO/LIFO Loss in Fluor Corp. (NYSE: FLR)**
Class Period: 11/02/17 - 02/14/20
Cusip: 343412102

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniProInvest: Chance** | | | | | | | | | |
| Purchase | 1/22/2018 | 4,351 | 60.5273 | $263,354.28 | | | | | |
| Purchase | 1/26/2018 | 814 | 61.2700 | $49,873.78 | | | | | |
| Purchase | 3/27/2018 | 1,439 | 56.3912 | $81,146.94 | | | | | |
| Purchase | 4/27/2018 | 733 | 59.4700 | $43,591.51 | | | | | |
| Purchase | 7/2/2018 | 1,429 | 48.3121 | $69,037.99 | | | | | |
| Purchase | 10/2/2018 | 1,908 | 59.1900 | $112,934.52 | Sale | 10/11/2018 | (10,674) | 48.5119 | ($517,816.02) |
| | | 10,674 | | $619,939.02 | | | (10,674) | | ($517,816.02) |
| | | | | | | | **UniProInvest: Chance Loss** | | **($102,123.00)** |
| **UIN-Fonds Nr. 760** | | | | | | | | | |
| Purchase | 3/19/2018 | 2,501 | 57.2264 | $143,123.23 | Sale | 9/23/2019 | (2,501) | 20.9929 | ($52,503.24) |
| | | 2,501 | | $143,123.23 | | | (2,501) | | ($52,503.24) |
| | | | | | | | **UIN-Fonds Nr. 760 Loss** | | **($90,619.98)** |
| **Demografiefonds** | | | | | | | | | |
| | | | | | Sale | 4/4/2019 | (865) | 38.8800 | ($33,631.20) |
| Purchase | 1/24/2018 | 2,380 | 61.6607 | $146,752.47 | Sale | 8/14/2019 | (1,515) | 18.7983 | ($28,479.42) |
| | | 2,380 | | $146,752.47 | | | (2,380) | | ($62,110.62) |
| | | | | | | | **Demografiefonds Loss** | | **($84,641.84)** |
| **SV-Union-Fonds** | | | | | | | | | |
| Purchase | 7/5/2019 | 4,350 | 32.0700 | $139,504.50 | Sale | 9/25/2019 | (4,350) | 20.1887 | ($87,820.85) |
| | | 4,350 | | $139,504.50 | | | (4,350) | | ($87,820.85) |
| | | | | | | | **SV-Union-Fonds Loss** | | **($51,683.66)** |
| **MVB TrendStrategie: Value** | | | | | | | | | |
| Purchase | 2/8/2018 | 1,600 | 56.1800 | $89,888.00 | Sale | 3/11/2019 | (1,600) | 36.8566 | ($58,970.56) |
| | | 1,600 | | $89,888.00 | | | (1,600) | | ($58,970.56) |
| | | | | | | | **MVB TrendStrategie: Value Loss** | | **($30,917.44)** |

**Union Asset Management Holding AG**
**FIFO/LIFO Loss in Fluor Corp. (NYSE: FLR)**
Class Period: 11/02/17 - 02/14/20
Cusip: 343412102

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniInstitutional Stiftungsfonds Nachhaltig** | | | | | | | | | |
| Purchase | 2/7/2019 | 350 | 36.0000 | $12,600.00 | Sale | 7/8/2019 | (350) | 32.1629 | ($11,257.02) |
| | | 350 | | $12,600.00 | | | (350) | | ($11,257.02) |
| | | | | | | **UniInstitutional Stiftungsfonds Nachhaltig Loss** | | | **($1,342.99)** |
| **UniInstitutional Kommunalfonds Nachhaltig** | | | | | | | | | |
| Purchase | 2/6/2019 | 320 | 35.8931 | $11,485.79 | Sale | 2/15/2019 | (320) | 35.6500 | ($11,408.00) |
| | | 320 | | $11,485.79 | | | (320) | | ($11,408.00) |
| | | | | | | **UniInstitutional Kommunalfonds Nachhaltig Loss** | | | **($77.79)** |
| | | | | | | **Union Asset Management Holding AG Total Loss** | | | **($62,737,272.52)** |